UNITED STATES DISTRICT COURT DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **MILIKA PAONGO,**  Plaintiff,  v.  **NAVIENT,**  Defendant. | **REPORT AND RECOMMENDATION**  Case No. 2:16-cv-1190-JNP-PMW  **District Judge Jill N. Parrish**  **Chief Magistrate Judge Paul M. Warner** |

District Judge Jill N. Parrish referred this matter to Chief Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).[1] On May 10, 2017, this court granted Defendant Navient Solutions, Inc.'s ("Navient") alternative motion for a more definite statement.[2] In that order, this court directed Plaintiff Milika Paongo ("Ms. Paongo") to file an amended complaint within thirty (30) days to address the deficiencies outlined in the order and in Navient's motion to dismiss. This court also informed Ms. Paongo that failure to timely file an amended complaint that satisfies the notice pleading requirements would result in a recommendation to Judge Parrish that her complaint be dismissed.

To date, Ms. Paongo has failed to comply with the court's order or otherwise respond and the time for doing so has passed. Accordingly, this court recommends that Ms. Paongo's complaint be dismissed for failure to prosecute, comply with an order of the court, and state a claim upon which relief may be granted.

---

[1] Dkt. No. 6.
[2] Dkt. No. 10.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Any objection to this Report and Recommendation must be filed within fourteen (14) days after being served with a copy of it.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 29th day of June, 2017.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge