IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MILIKA PAONGO,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIENT,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-1190-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Paul M. Warner |

On May 10, 2017, Magistrate Judge Warner granted defendant Navient Solutions, Inc.'s alternative motion for a more definite statement. [Docket 10]. Judge Warner concluded that plaintiff Milika Paongo's complaint failed to plead any factual allegations to support her alleged claims for relief. Judge Warner ordered her to file an amended complaint within 30 days. The plaintiff did not file an amended complaint or respond in any way. On June 30, 2017, Judge Warner filed a Report and Recommendation that Ms. Paongo's complaint be dismissed for a failure to prosecute, comply with a court order, and state a claim upon which relief may be granted. [Docket 11]. Ms. Paongo did not file an objection to the Report and Recommendation.

Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Warner's Report and Recommendation, the court concludes that the Report and Recommendation is a correct application of the law. Accordingly, the court ORDERS as follows:

1. The Recommendation [Docket 11] is ADOPTED IN FULL.

2. Ms. Paongo's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED August 11, 2017.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge